IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ALAMO BEER COMPANY, LLC | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | |
| OLD 300 BREWING, LLC d/b/a TEXIAN BREWING CO. | § § | Civil Action No. 5:14-cv-285-FB |
| Defendant, | § § | |
| and | § § | |
| THE STATE OF TEXAS, BY AND THROUGH THE GENERAL LAND OFFICE | § § § § | JURY TRIAL DEMANDED |
| Intervener. | § § | |

## MOTION FOR ENTRY OF "CONSENT ORDER AND FINAL JUDGMENT"

The Parties respectfully announce to the Court they have compromised and settled their differences. They respectfully request the Court enter the "Consent Order and Final Judgment" attached hereto as Exhibit A.

The "Consent Order and Final Judgment" has been approved by the attorneys for all of the Parties as represented by their signatures thereon.

WHEREFORE, PREMISES CONSIDERED, it is respectfully requested that the "Consent Order and Final Judgment" be entered by the Court.

Dated: <u>April 28, 2015</u>

Respectfully submitted,

GUNN, LEE & CAVE, P.C.
300 Convent, Suite 1080
San Antonio, Texas 78205
T: (210) 886-9500
F: (210) 886-9883

By: <u>/s/ Ted D. Lee</u>
Ted D. Lee
State Bar No. 12137700
Jason E. McKinnie
Texas Bar No. 24070747

**ATTORNEYS FOR PLAINTIFF**
**ALAMO BEER COMPANY, LLC**

## CERTIFICATE OF SERVICE

I certify that on the <u>28th</u> day of April, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Louis T. Pirkey
Jared E. Matthysse
Pirkey Barber PLLC
600 Congress Avenue, Suite 2120
Austin, TX 78701
**Attorneys for Intervener**

Gabe T. Vick
Travis S. Crabtree
GRAY REED & MCGRAW, P.C.
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
(713) 986-7000
**Attorneys for Defendant**

<u>/s/ Ted D. Lee</u>
Ted D. Lee